

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

*Application GRANTED. The deadlines are EXTENDED to **September 30, 2020**. The Clerk of Court is directed to terminate ECF No. 7. SO ORDERED.*

*August 20, 2020*

August 20, 2020

**VIA ECF**

Hon. Jesse M. Furman
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Monegro v. Viking Range LLC*,
Civil Action No.: 1:20-cv-06119-JMF (S.D.N.Y.)

Dear Judge Furman:

This office represents Defendant Viking Range, LLC ("Defendant") in the above-referenced matter. We write, with the consent of Plaintiff Frankie Monegro ("Plaintiff"), to respectfully request a 30-day extension of: (1) the deadline for Defendant to respond to the Complaint; and (2) the deadline for the parties to seek relief from the Court's early mediation requirement.

By way of background, Plaintiff commenced this action on or about August 5, 2020. (ECF No. 1.) On August 6, 2020, the Court issued an Order Regarding Early Mediation and the Initial Pretrial Conference (the "Order"). (ECF No. 5.) Under the Order, the Initial Pretrial Conference is scheduled for November 19, 2020, and the parties must conduct a mediation at least two weeks before the conference. (*Id.*) The parties have until the responsive pleading deadline to advise the Court by letter motion that early mediation would not be appropriate in this case and thus seek relief from this requirement. (*Id.*) Based on the purported service date of August 10, 2020, Defendant's responsive pleading is due on August 31, 2020.

This is the first request for an extension of the responsive pleading and joint letter deadline. Defendant is requesting this extension to provide it with additional time to investigate the allegations in the Complaint. Defendant also requires additional time to confer with Plaintiff and determine whether early mediation would be appropriate and productive in this case. We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

65376360v.3



Hon. Jesse M. Furman
August 20, 2020
Page 2

    We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines. We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:    All counsel of record (via ECF)

65376360v.3